

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO COMMUNITY MHMR D/B/A EMERGENCE HEALTH NETWORK AND EMERGENCE HEALTH NETWORK, | § § § § | No. 08-18-00183-CV |
| Appellants, | § | Appeal from the |
| | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| DIANA BILLINGSLEY, | § | (TC# 2018-DCV-0919) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the joint motion to lift the abatement and dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against the party incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MAY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.